No. 25-2564

---

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

JIM CAIN, individually and as a representative of participants and beneficiaries on behalf of the Siemens Savings Plan,

*Plaintiff-Appellant*,

v.

SIEMENS CORPORATION,

*Defendant-Appellee*.

---

Appeal from the United States District Court
for the District of New Jersey
Case No. 2:24-cv-08730
The Honorable District Judge Claire C. Cecchi

---

# STATEMENT OF DEFENDANT-APPELLEE SIEMENS CORPORATION RESPECTING ORAL ARGUMENT

---


Alex C. Lakatos
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

Nancy G. Ross
Joshua D. Yount
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

*Attorneys for Defendant-Appellee Siemens Corporation*

## STATEMENT RESPECTING ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 34(a)(1) and Third Circuit Local Appellate Rule 34.1(b), Defendant-Appellee Siemens Corporation submits that oral argument would be appropriate in this appeal.

For the many reasons described in Siemens's Brief, the district court correctly dismissed Plaintiff-Appellant's claims challenging the use of forfeited employer contributions by the Siemens Saving Plan. Nevertheless, this appeal raises legal issues that the Court has not yet squarely addressed, the resolution of which could create precedent that would guide district courts in the many similar forfeiture-use cases being litigated currently. *See* 3d Cir. IOP 2.4.2(a)-(b) ("substantial and novel legal issue" and "precedential value" favor oral argument). And the Court may "have questions to ask counsel to clarify an important legal, factual, or procedural point." 3d Cir. IOP 2.4.2(c). Those circumstances make oral argument appropriate.

Siemens further respectfully suggests that each side be allotted 15 minutes for oral argument, if the Court decides to schedule oral argument.

Dated: December 9, 2025

Respectfully submitted,

/s/ Joshua D. Yount

Nancy G. Ross
Joshua D. Yount
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

Alex C. Lakatos
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

*Attorneys for Defendant-Appellee Siemens Corporation*

## CERTIFICATE OF SERVICE

I certify that, on December 9, 2025, I caused the foregoing STATEMENT OF DEFENDANT-APPELLEE SIEMENS CORPORATION RESPECTING ORAL ARGUMENT to be electronically filed with the Clerk of the Court of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. I further certify that all counsel of record are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

/s/ Joshua D. Yount
Joshua D. Yount